UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Philip Lyle Martin,                              File No. 21-cv-00412 (ECT/JFD)

       Plaintiff,

v.                                               **ORDER ACCEPTING REPORT
                        AND RECOMMENDATION**

Joshua Larson, *MD*; Jennifer Witt, *MD*;
Benjamin Rice, *MD*; Ashley Peterson, *FNP-
BC*; L. Lind, *RN*; Lori Pykkonen, *RN*; and
B. Bahneman, *RN*,

       Defendants.

---

Magistrate Judge Judge John F. Docherty issued a Report and Recommendation on March 24, 2022.  ECF No. 70.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.      The Report and Recommendation [ECF No. 70] is **ACCEPTED**.

2.      Defendants B. Bahneman, L. Lind, Ashley Peterson, and Benjamin Rice's Motion to Dismiss and for Summary Judgment [ECF No. 28] is **DENIED AS MOOT**.

3.      Defendant Joshua Larson's Motion for Judgment on the Pleadings and for Dismissal Pursuant to Minn. Stat. § 145.682 [ECF No. 40] is **GRANTED**, and all claims against him are **DISMISSED WITH PREJUDICE**.

4.      Plaintiff Philip Lyle Martin's Motion to Dismiss Without Prejudice [ECF No. 54] is construed as:

a. a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) against Defendant Lori Pykkonen, and Plaintiff's Motion is **GRANTED** to that extent; and

b. along with Defendants B. Bahneman, L. Lind, Ashley Peterson, and Benjamin Rice's Response [ECF No. 56], a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) with those Defendants, and Plaintiff's Motion is **GRANTED** to that extent.

c. All claims against Defendants B. Bahneman, L. Lind, Ashley Peterson, Benjamin Rice, and Lori Pykkonen are **DISMISSED WITHOUT PREJUDICE**.

5.      Defendant Jennifer Witt's Motion for Judgment on the Pleadings and for Dismissal Pursuant to Minn. Stat. § 145.682 [ECF No. 61] is **GRANTED**, and all claims against her are **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 18, 2022

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court